AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of California

JAMES BRAET, Individually and on Behalf of All Others Similarly Situated    )
Plaintiff    )
v.    ) Civil Action No.
SIRF TECHNOLOGY HOLDINGS, INC.,    )
Defendant    )
See Attachment for Additional Defendants.

E-filing

CV 08 1824

Summons in a Civil Action

To: THE ABOVE-NAMED DEFENDANTS
(Defendant's name)

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lionel Z. Glancy
Glancy Binkow & Goldberg LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067 (310) 201-9150

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

MARY ANN BUCKLEY

Date: _____    _____
Deputy clerk's signature

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

UNITED STATES DISTRICT COURT

for the

NORTHERN DISTRICT OF CALIFORNIA

**ATTACHMENT TO SUMMONS**

Additional Defendants:

MICHAEL L. CANNING, DIOSDADO P. DANATAO; GEOFFREY RIBAR and KANWAR CHADHA