LIONEL Z. GLANCY (#134180)
lglancy@glancylaw.com
MICHAEL GOLDBERG (#166889)
mgoldberg@glancylaw.com
GLANCY BINKOW & GOLDBERG LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

DENNIS J. JOHNSON
djohnson@jpclasslaw.com
JAMES F. CONWAY, III
jconway@jpclasslaw.com
JOHNSON & PERKINSON
1690 Williston Road
P.O. Box 2305
South Burlington, VT 05043
Telephone: (802) 862-0030
Facsimile: (802) 862-0060

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES BRAET, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>SiRF TECHNOLOGY HOLDINGS, INC., MICHAEL L. CANNING, DIOSDADO P. DANATAO, GEOFFREY RIBAR and KANWAR CHADHA,<br><br>    Defendants. | **Civil Action No.:    08-1824-JSW**<br><br><br><br>**NOTICE OF**<br>**VOLUNTARY DISMISSAL** |

1 | Pursuant to Rule 41(a)(1)(A), plaintiff James Braet hereby voluntarily dismisses the above-captioned action [*Complaint*, Docket Entry 1] without prejudice. No opposing party has answered or moved for summary judgment on this complaint.

DATED: May 5, 2008          Respectfully submitted,

**GLANCY BINKOW & GOLDBERG LLP**

By: /s/ Michael Goldberg

Lionel Z. Glancy (#134180)
Michael Goldberg (#166889)
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

JOHNSON & PERKINSON
Dennis J. Johnson
Jacob B. Perkinson
James F. Conway, III
Eben F. Duval
1690 Williston Road
P.O. Box 2305
South Burlington, VT 05043
Tel: (802) 862-0030
Fax: (802) 862-0060