LIONEL Z. GLANCY (#134180)
lglancy@glancylaw.com
MICHAEL GOLDBERG (#166889)
mgoldberg@glancylaw.com
GLANCY BINKOW & GOLDBERG LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

DENNIS J. JOHNSON
djohnson@jpclasslaw.com
JAMES F. CONWAY, III
jconway@jpclasslaw.com
JOHNSON & PERKINSON
1690 Williston Road
P.O. Box 2305
South Burlington, VT 05043
Telephone: (802) 862-0030
Facsimile: (802) 862-0060

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES BRAET, Individually and on Behalf of All Others Similarly Situated,<br><br>　　Plaintiff,<br><br>　　vs.<br><br>SiRF TECHNOLOGY HOLDINGS, INC., MICHAEL L. CANNING, DIOSDADO P. DANATAO, GEOFFREY RIBAR and KANWAR CHADHA,<br><br>　　Defendants. | **Civil Action No.:   08-1824-JSW**<br><br><br>**Certificate of Service** |

**PROOF OF SERVICE BY ELECTRONIC POSTING PURSUANT TO NORTHERN DISTRICT OF CALIFORNIA LOCAL RULES AND ECF GENERAL ORDER NO. 45 AND BY MAIL ON ALL KNOWN NON-REGISTERED PARTIES**

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 1801 Avenue of the Stars, Suite 311, Los Angeles, California 90291.

On May 05, 2008, I served the following by posting such document electronically to the ECF website of the United States District Court for the Northern District of California:

1. NOTICE OF VOLUNTARY DISMISSAL

on all ECF-registered parties in the action and, upon all others not so-registered but instead listed below, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Los Angeles, California. They are:

**SEE SERVICE LIST**

Executed on May 5, 2008, at Los Angeles, California.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*/s/ Zabella Moore*

**Zabella Moore**

2
CERTIFICATE OF SERVICE

**3:08-cv-1824 Notice has been electronically mailed to:**

Lionel Z. Glancy     info@glancylaw.com

Michael M. Goldberg     info@glancylaw.com

Jacob B. Perkinson     jperkinson@jpclasslaw.com

**3:08-cv-1824 Notice has been delivered by other means to:**

James F. Conway , III
Attorney at Law
1690 Williston Road
P.O. Box 2305
South Burlington, VT 05403

Eben F. Duval
Johnson & Perkinson
1690 Williston Road
P.O. Box 2305
South Burlington, VT 05043

Dennis J. Johnson
Johnson & Perkinson
1690 Williston Road
P.O. Box 2305
South Burlington, VT 05043